1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    In re JONATHAN SHEETZ,                    No. MISC 11-80027 SI

12             Applicant,                       **ORDER TO SHOW CAUSE**

13    _____/

14

15         An application for an order authorizing the issuance of a subpoena to Google is pending before

16    this Court.  The Court directs the applicant, Jonathan Sheetz, to notify the Court by **January 25, 2013**,

17    whether this matter has become moot, and if not, whether the applicant still seeks the issuance of a

18    subpoena to Google.

19

20         **IT IS SO ORDERED.**

21    Dated: January 9, 2013

22                                              _____
                                                SUSAN ILLSTON
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

*United States District Court*
For the Northern District of California