IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JONATHAN SHEETZ,<br><br>      Applicant,<br>_____/ | No. MISC 11-80027 SI<br><br>**ORDER TO SHOW CAUSE** |

    An application for an order authorizing the issuance of a subpoena to Google is pending before this Court. The Court directs the applicant, Jonathan Sheetz, to notify the Court by **January 25, 2013**, whether this matter has become moot, and if not, whether the applicant still seeks the issuance of a subpoena to Google.

**IT IS SO ORDERED.**

Dated: January 9, 2013

                                                    SUSAN ILLSTON<br>
                                                    UNITED STATES DISTRICT JUDGE