IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JONATHAN SHEETZ,      No. MISC 11-80027 SI

    Applicant,     **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

_____/

On January 9, 2013, the Court issued an order to show cause directing the applicant, Jonathan Sheetz, to notify the Court by January 25, 2013, whether this matter has become moot, and if not, whether the applicant still seeks the issuance of a subpoena to Google.

The applicant has not filed a response to the Order to Show Cause, nor has he taken any action in this matter since it was filed. Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. All pending motions are DENIED AS MOOT.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE