**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JONATHAN SHEETZ,

    Applicant,

_____/

No. MISC 11-80027 SI

**JUDGMENT**

    This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 7, 2013

                        SUSAN ILLSTON
                        UNITED STATES DISTRICT JUDGE