**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

In re JONATHAN SHEETZ,                        No. MISC 11-80027 SI

12

　　　　　Applicant,                              **JUDGMENT**

13

_____/

14
15         This action is dismissed without prejudice for failure to prosecute.  Judgment is entered

16   accordingly.

17
18         **IT IS SO ORDERED AND ADJUDGED.**

19
20   Dated: February 7, 2013                       _____
21                                                 SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28